## JESSE C. FLYNN *v.* THOS. HART.

Fraudulent Conveyance—Rights of Creditors.

> D. A. Davis purchased some land from one Calzer and received a title bond therefor, and shortly thereafter assigned said bond to his father-in-law, the appellant. Davis appeared to have been insolvent at the time of the purchase and the transfer of the bond, but continued to occupy the land, and made the payments due to Calyer as part of the purchase price for some time after the transfer of said bond to appellant. **Held,** that the assignment of the bond was fictitious and fraudulent as to creditors.

APPEAL FROM PULASKI CIRCUIT COURT.

June 12, 1868.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The continued occupancy of the land by D. A. Davis after his purchase from Calyer, together with the payments made by him to his vendor after the date of his assignment of Calyer's title bond to his father-in-law, Flynn, connected with his insolvent condition and total absence of any evidence of payment of the consideration set up by Flynn to him, and the inconsistency of Flynn's answer in saying that Davis still owed about $180 when the bond was assigned to him in 1864, the real date of the assignment being February 3, 1865, and all the payments being made in December, 1864, January, 1865, and January, 1866, but the $250 paid at the time of the purchase by Davis from Calyer and these all being made by Davis, leaves but little room to doubt that the whole arrangement between Davis and Flynn was fictitious and for the fraudulent purpose of preventing a sale of the land by Davis' creditors.

Wherefore, the judgment is affirmed.

*James, Moore, for appellant.*

*Vaulwinkle, Fox, for appellees.*